IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR307 |
| | ) | |
| MARIO IVAN GUICHO-LERMA, | ) | |
| ARMONDO CARDENAS-GARCIA | ) | |
| and JOSE CANTABRANA | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the following are set for hearing on **October 27, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Statement [19] and Motion to Suppress Evidence [20] filed by defendant Mario Ivan Guicho-Lerma
- Motion to Suppress [23] filed by defendant Armondo Cardenas-Garcia
- Motion to Suppress Search [25] filed by defendant Jose Cantabrana

Since this is a criminal case, the defendants must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 26th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge