# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR307 |
| ) | |
| MARIO IVAN GUICHO-LERMA and ) | |
| ARMONDO CARDENAS-GARCIA ) | |
| ) | **SCHEDULING ORDER** |
| ) | |
| Defendants. ) | |

Before the court is a Joint Motion to Continue Motion to Suppress Hearing [32]. Good cause being shown, the joint motion will be granted and the previously scheduled evidentiary hearing on defendants' motions will be continued.

IT IS ORDERED:

1. That the Joint Motion to Continue Motion to Suppress Hearing [32] is granted.

2. That the evidentiary hearing on the Motion to Suppress Statement [19] and Motion to Suppress Evidence [20] filed by defendant Mario Ivan Guicho-Lerma and the Motion to Suppress [23] filed by defendant Armondo Cardenas-Garcia is continued to **December 1, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge