IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR307 |
| | ) | |
| MARIO IVAN GUICHO-LERMA and | ) | |
| ARMONDO CARDENAS-GARCIA | ) | |
| | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

A hearing was held on December 1, 2005 whereby defendant Mario Ivan Guicho-Lerma requested a continuance of the evidentiary hearing on defendant's motions. The continuance was granted and the evidentiary hearing was rescheduled.

IT IS ORDERED:

1. That the evidentiary hearing on the Motion to Suppress Statement [19] and Motion to Suppress Evidence [20] filed by defendant Mario Ivan Guicho-Lerma and the Motion to Suppress [23] filed by defendant Armondo Cardenas-Garcia is continued to **January 23, 2006 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 1st day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge